IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR201 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALANA J. HELMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral request of the defendant, Alana J. Helms (Helms), made at the time of her release hearing on July 14, 2005, for a continuance of the trial scheduled for July 26, 2005. The defendant was represented by Alan G. Stoler and the United States was represented by Special Assistant U.S. Attorney John Higgins. Helms acknowledged on the record that she agreed to the request and that the additional time would be excluded under the Speedy Trial Act. The request is granted, and trial of this matter is re-scheduled before Chief Judge Joseph F. Bataillon and a jury **on August 29, 2005**.

The ends of justice have been served by granting such request and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the request, i.e., the time between **July 14, 2005 and August 29, 2005,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 14th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge